CAUSE NUMBER 13-05-00656-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

                                           IN
RE: DAVE TODD, III

____________________________________________________________

 

                                  On
Petition for Writ of Mandamus

 ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before
Justices Hinojosa, Yañez, and Rodriguez 

                                Per
Curiam Memorandum Opinion[1]

 

Relator, Dave Todd, III, filed a petition for writ
of mandamus in the above cause on October 24, 2005.  The Court requested that the real party in
interest, the State of Texas by and through the District Attorney in and for
Nueces County, Texas, file a response to the petition for writ of mandamus on
or before November 14, 2005.  The
response was filed on November 10, 2005. 








The Court, having examined and fully considered the
petition for writ of mandamus and response, is of the opinion that this
original proceeding should be DENIED as moot. Accordingly, the petition for
writ of mandamus is DENIED.  See Tex. R. App. P. 52.8(a). 

 

PER CURIAM

 

 

Do
not publish. Tex. R. App. P. 47.2(b)

 

Memorandum
Opinion delivered and filed

this
22nd day of November, 2005.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 











[1]
See Tex. R.
App. P. 52.8(d) (AWhen denying relief, the court may
hand down an opinion but is not required to do so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).